UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

DONNA CROWE, individually  
and on behalf of all others similarly situated,

      Plaintiff,

vs.

MANAGED CARE OF NORTH AMERICA,  
INC., d/b/a MCNA DENTAL,

      Defendant.

_____/

Case No.: 0:23-cv-61065-AHS

**PLAINTIFF'S NOTICE OF PENDING, REFILED, RELATED OR SIMILAR ACTIONS**

Plaintiff Donna Crowe, by and through her undersigned counsel, and pursuant to S.D. Fla. L.R. 3.8, hereby files this Notice of Pending, Refiled, Related or Similar Actions, and identifies the following pending, refiled, related or similar actions:

1. *Shelli Gonzalez v. Managed Care of North America, Inc.*, No. 0:23-cv-61186-RS (S.D. Fla. June 21, 2023) (Smith, J.).

2. *Aliciah Souza Shores v. Managed Care of North America, Inc.*, No. 0:23-cv-61191-AHS (S.D. Fla. June 22, 2023) (Singhal, J.).

3. *James T. Buechler v. Managed Care of North America, Inc.*, No. 0:23-cv-61192-AHS (S.D. Fla. June 22, 2023) (Singhal, J.).

4. *Vanessa Williams and Georgie Watts v. Managed Care of North America, Inc.*, No. 0:23-cv-61193-RS (S.D. Fla. June 22, 2023) (Smith, J.).

|  |  |
|---|---|
| DATED: June 23, 2023 | Respectfully submitted,<br><br>ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br><br>*/s/ Dorothy P. Antullis*<br>DOROTHY P. ANTULLIS<br><br>DOROTHY P. ANTULLIS (FL Bar No. 890421)<br>ALEXANDER C. COHEN (FL Bar. No. 1002715)<br>225 NE Mizner Blvd., Suite 720<br>Boca Raton, FL 33432<br>Phone:  561/750-3000<br>561/750-3364 (fax)<br>dantullis@rgrdlaw.com<br>acohen@rgrdlaw.com<br><br>BARNOW AND ASSOCIATES, P.C.<br>Ben Barnow (admitted *pro hac vice*)<br>Anthony L. Parkhill (admitted *pro hac vice*)<br>205 West Randolph Street, Suite 1630<br>Chicago, IL 60606<br>Telephone: 312/621-2000<br>312/641-5504 (fax)<br>b.barnow@barnowlaw.com<br>aparkhill@barnowlaw.com<br><br>*Attorneys for Plaintiff Donna Crowe and the Class* |

4894-4770-4428.v1