UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-22682-BLOOM/Otazo-Reyes

EVANGELINE GREEN, et al.,

    Plaintiffs,

v.

MANAGED CARE OF NORTH AMERICA, INC.,

    Defendant.
_____/

### ORDER OF TRANSFER

**GOOD CAUSE** appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related **Case No. 23-cv-61065**, and subject to the consent of the Honorable Raag Singhal, it is

**ORDERED AND ADJUDGED** that the above numbered case is transferred to the calendar of Judge Singhal for all further proceedings.

**DONE AND ORDERED** in Miami, Florida, on July 20, 2023.

                                                                                                                                                                                         **BETH BLOOM**
                                                               **UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

After reviewing the file in the above numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED AND ADJUDGED** that this action is related to and shall be **CONSOLIDATED** with Case No. 23-61065-CIV-SINGHAL in accordance with the Order Granting Motion to Consolidate Cases (DE [27]) entered on July 14, 2023. All pleadings filed after this date shall bear case number 23-61065-CIV-SINGHAL, indicating the Judge to whom all pleadings should be routed. The Clerk of Court is directed docket this order in Case No. 23-22682-CIV and Case No. 23-61065-CIV and to **CLOSE** this related action.

**DONE AND ORDERED in** Chambers, Fort Lauderdale, Florida, this 20th day of July 2023.

_____
**RAAG SINGHAL**
**UNITED STATES DISTRICT JUDGE**

Copies furnished counsel via CM/ECF