UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61065-CIV-SINGHAL

| | |
|---|---|
| DONNA CROWE, *individually and on behalf of all others similarly situated,* | **CONSOLIDATED CLASS ACTION** |
| Plaintiff, | |
| vs. | |
| MANAGED CARE OF NORTH AMERICA, INC., d/b/a MCNA DENTAL, | |
| Defendant. | |
| _____/ | |

**NOTICE OF RELATED ACTION**

Plaintiff, Darrin Menendez, hereby notifies this Court of an essentially identical action that was filed on July 18, 2023, in the United States District Court for the District of South Carolina and transferred to this District on August 1, 2023—*Caine v. MCNA Health Care Holdings, Inc. et al.*, 0:23-cv-61475-DMM.  The *Caine* action arises out of the subject matter of this consolidated action, and pursuant to the Order Granting Plaintiff's Unopposed Motion to Consolidate Cases, shall be consolidated with this action.  DE [27] ¶ 2.

August 9, 2023

Respectfully Submitted,

By: *Jeff Ostrow*
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW**
**FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com