UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 23-61065-CIV-SINGHAL

**DONNA CROWE,** *et al.*, *on behalf of themselves and all others similarly situated*,

    Plaintiffs,

v.

**MANAGED CARE OF NORTH AMERICA, INC. d/b/a MCNA DENTAL, MCNA INSURANCE COMPANY d/b/a MCNA DENTAL, and HEALTHPLEX, INC.,**

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF HEIDI WINKLER WITHOUT PREJUDICE

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Heidi Winkler hereby voluntarily dismisses her claims in the above-captioned action without prejudice. Plaintiff Heidi Winkler's voluntary dismissal does not affect the claims of the other Plaintiffs in this litigation or the claims of the putative class.

Dated: February 12, 2025.

By: *Jeff Ostrow*
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
ostrow@kolawyers.com

Peter Prieto FBN 501492
**PODHURST ORSECK, P.A.**
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 358-2800
pprieto@podhurst.com

*Interim Co-Lead Counsel for Plaintiffs and the Putative Classes*

Stephanie A. Casey FBN 97483
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
scasey@colson.com

*Liaison Counsel for Plaintiffs and the Putative Classes*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email on counsel for Defendants on this 12th day of February, 2025.

*/s/ Jeff Ostrow*
Jeff Ostrow