UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61065-CIV-SINGHAL

**DONNA CROWE,** *et al.*, *on behalf of themselves and all others similarly situated,*

    Plaintiffs,

v.

**MANAGED CARE OF NORTH AMERICA, INC. d/b/a MCNA DENTAL, MCNA INSURANCE COMPANY d/b/a MCNA DENTAL, and HEALTHPLEX, INC.**,

    Defendants.

## STIPULATION OF VOLUNTARY DISIMSSAL

Plaintiff Donna Crowe and Defendants Managed Care of North America, Inc. d/b/a MCNA Dental, MCNA Insurance Company d/b/a MCNA Dental, and Healthplex, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate to the voluntary dismissal without prejudice of Plaintiff Donna Crowe's claims in this action.

Dated: February 26, 2025.

Respectfully Submitted,

By: *Jeff Ostrow*_____
Jeff Ostrow FBN 121452
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: (954) 332-4200
ostrow@kolawyers.com

Peter Prieto FBN 501492
**PODHURST ORSECK, P.A.**
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 358-2800
pprieto@podhurst.com

*Interim Co-Lead Counsel for Plaintiffs and the Putative Classes*

Stephanie A. Casey FBN 97483
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 476-7400
scasey@colson.com

*Liaison Counsel for Plaintiffs and the Putative Classes*

HOGAN LOVELLS US LLP
600 Brickell Avenue, Suite 2700
Miami, FL 33131
T. (305) 459-6500
F. (305) 459-6550

By: */s/ Allen P. Pegg*
Allen P. Pegg
Florida Bar No. 597821
allen.pegg@hoganlovells.com

Allison M. Holt Ryan (*admitted pro hac vice*)
Alicia J. Paller (*admitted pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, DC 20004
T. (202) 637-5600
F. (202) 637-5910
allison.holt-ryan@hoganlovells.com
alicia.paller@hoganlovells.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via email via the CM/ECF system on all counsel of record on this 26th day of February, 2025.

*/s/ Jeff Ostrow*
Jeff Ostrow

000001/01483094_1