UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61065-CIV-SINGHAL

DONNA CROWE, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

MANAGED CARE OF NORTH AMERICA,
INC., d/b/a MCNA DENTAL,

    Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiffs' Notice of Clarification (the "Notice") (DE [208]), filed on February 27, 2025. In their Notice, Plaintiffs make clear that the Stipulation of Voluntary Dismissal Without Prejudice (DE [206]) concerned the claims of a single Plaintiff, Donna Crowe, and that "the claims of the other twelve Plaintiffs in the Second Amended Complaint remain a live controversy and have not [been] resolved." (DE [208] at p. 1). The Court has reviewed the Notice and is otherwise fully advised in the premises. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that:

1. This matter is **DISMISSED WITHOUT PREJUDICE** as to Plaintiff Donna Crowe, and that dismissal does not affect the claims of the other Plaintiffs in this litigation or the claims of the putative class.

2. The Clerk of Court is directed to **REOPEN** the case.

3. The parties will adhere to the previously established schedule as follows, affecting the remaining deadlines in this matter:

| DEADLINE OR EVENT | DATE |
|---|---|
| Plaintiffs shall file their motion for class certification. | **April 28, 2025** |
| Parties disclose experts and exchange expert witness summaries or reports. | **June 18, 2025** |
| Parties exchange rebuttal expert witness summaries or reports. | **July 2, 2025** |
| All discovery, including expert discovery, is completed. | **July 16, 2025** |
| Parties must have completed mediation and filed a mediation report. | **July 23, 2025** |
| All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** | **July 30, 2025** |
| Deadline to consent to trial and final disposition by Judge Alicia O. Valle. | **July 30, 2025** |
| Motions *in limine* are filed. | **September 3, 2025** |
| Parties shall file all depositions to be used at trial and advise of the deposition portions to be used at trial by designating the page and line of each deposition. If both parties plan to use the deposition of a particular witness, the parties shall confer and file only one copy of the transcript. Any objections or counterdesignations shall be filed within ten (10) days of the designations. | **September 30, 2025** |
| Counsel meet to review pre-marked exhibits and proposed demonstrative exhibits. | **October 7, 2025** |
| Parties submit joint pre-trial stipulation and witness and exhibit lists in accordance with Local Rule 16.1(d) and (e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. | **October 17, 2025** |
| **Calendar Call** | **October 29, 2025 at 2:00 p.m.** |
| **Two-Week Trial Calendar Starts** | **November 3, 2025 at 9:00 a.m.** |

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 3rd day of March 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF