UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-61065-CIV-SINGHAL

DONNA CROWE, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

MANAGED CARE OF NORTH AMERICA,
INC., d/b/a MCNA DENTAL,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court on Plaintiff's Expedited Motion for Extension of Remaining Pre-Trial and Trial Deadlines (the "Motion") (DE [268]), filed on August 1, 2025. The Court has reviewed all briefing on this Motion and is otherwise advised.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The Motion is **GRANTED in part and DENIED in part.**

2. The parties will adhere to the schedule as follows, affecting the remaining deadlines in this matter:

| DEADLINE OR EVENT | DATE |
|---|---|
| Plaintiffs shall file their reply in support of their motion for class certification and disclose rebuttal class certification experts and rebuttal expert reports. | **August 29, 2025** |
| Parties disclose experts and exchange expert witness summaries or reports. | **October 22, 2025** |
| Parties exchange rebuttal expert witness summaries or reports. | **November 5, 2025** |

| | |
|---|---|
| All discovery, including expert discovery, is completed. | **November 19, 2025** |
| All pre-trial motions and *Daubert* motions (which include motions to strike experts) are filed.  **This deadline includes all dispositive motions.**  Motions *in limine* are filed. | **December 3, 2025** |
| Deadline to consent to trial and final disposition by U.S. Magistrate Judge. | **December 3, 2025** |
| Parties shall file all depositions to be used at trial and advise of the deposition portions to be used at trial by designating the page and line of each deposition. If both parties plan to use the deposition of a particular witness, the parties shall confer and file only one copy of the transcript. Any objections or counter-designations shall be filed within ten (10) days of the designations. | **February 3, 2026** |
| Counsel meet to review pre-marked exhibits and proposed demonstrative exhibits. | **February 13, 2026** |
| Parties submit joint pre-trial stipulation and witness and exhibit lists in accordance with Local Rule 16.1(d) and (e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. | **February 20, 2026** |
| **Calendar Call** | **March 4, 2026 at 2:00 p.m.** |
| **Two-Week Trial Calendar Starts** | **March 9, 2026 at 9:00 a.m.** |

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of August 2025.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF