# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-61065-CIV-SINGHAL

DONNA CROWE, et al., individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

MANAGED CARE OF NORTH AMERICA, INC. d/b/a MCNA DENTAL, MCNA INSURANCE COMPANY d/b/a MCNA DENTAL, and HEALTHPLEX, INC.,

    Defendants.

## MOTION FOR WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 11.1(d)(3)(A), Andrew J. Shamis of Shamis & Gentile, P.A., moves for leave to withdraw as counsel for Plaintiff Sherry Branson in the above-captioned matter.

Plaintiff Branson was not named in the Second Amended Consolidated Complaint filed on September 13, 2024. ECF No. 164. Accordingly, because Plaintiff Branson is no longer an active participant in this consolidated action, Attorney Andrew J. Shamis no longer represents any of the Plaintiffs in the operative pleading. The remaining Plaintiffs included in the Second Amended Consolidated Complaint will continue to be represented by Jeff Ostrow of Kopelowitz Ostrow, P.A., and Peter Prieto of Podhurst Orseck, P.A., who were appointed as Interim Lead Class Counsel, and Stephanie Casey of Colson Hicks Eidson, P.A. who was appointed as Liaison Counsel. ECF No. 90. Movant's withdrawal is not sought for purposes of delay and would not require any extension of any pre-existing deadlines.

1

WHEREFORE, Movant Andrew J. Shamis respectfully request that the Court grant this motion and permit him to withdraw as counsel for Plaintiff Sherry Branson.

Date: March 3, 2026                                   Respectfully submitted,

*/s/Andrew J. Shamis*
Andrew J. Shamis (No. 101754)
**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
305-479-2299
ashamis@shamisgentile.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2026, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive such service.

<em>/s/Andrew J. Shamis</em>