UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61065-CIV-SINGHAL

DONNA CROWE, *et al.*, *on behalf of themselves and all others similarly situated*,

     Plaintiffs,

v.

MANAGED CARE OF NORTH AMERICA, INC. d/b/a MCNA DENTAL, MCNA INSURANCE COMPANY d/b/a MCNA DENTAL, and HEALTHPLEX, INC.,

     Defendants.

## NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY

Plaintiffs and Defendants notify the Court that they have reached an agreement in principle on the material terms of a settlement to resolve and release on a classwide basis all claims alleged in this action. The settlement is conditioned on the parties executing a written settlement agreement that will be the subject of Plaintiffs' unopposed motion for preliminary approval to be filed within 60 days of today. Based on the foregoing, the Parties request the Court stay all deadlines pending approval of the settlement.

Dated: March 27, 2026.                Respectfully submitted,


*Jeff Ostrow*                                   *Mark R. Cheskin*
Jeff Ostrow FBN 121452                  Allen P. Pegg FBN 597821
**KOPELOWITZ OSTROW P.A.**          Mark R. Cheskin
One West Las Olas Blvd., Suite 500     Florida Bar No. 708402
Fort Lauderdale, Florida 33301        **HOGAN LOVELLS US LLP**
Tele: (954) 332-4200                  600 Brickell Ave., Ste. 2700
ostrow@kolawyers.com              Miami, Florida 33131
                                   Tele: (305) 459-6500
                                   allen.pegg@hoganlovells.com
Peter Prieto FBN 501492                Allison Holt Ryan (*pro hac vice*)

**PODHURST ORSECK, P.A.**
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Tele: (305) 358-2800
pprieto@podhurst.com

*Interim Co-Lead Counsel*


Stephanie A. Casey FBN 97483
**COLSON HICKS EIDSON, P.A.**
255 Alhambra Circle, Penthouse
Coral Gables, Florida 33134
Tele: (305) 476-7400
scasey@colson.com

*Interim Liaison Counsel*

Alicia J. Paller (*pro hac vice*)
Abby Walter Gray (*pro hac vice*)
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, DC 20004
Tele. (202) 637-5600
allison.holt-ryan@hoganlovells.com
alicia.paller@hoagnlovells.com
abby.waltergray@hoganlovells.com

*Counsel for Defendants Managed Care of North*
*America, Inc. d/b/a MCNA Dental, MCNA*
*Insurance Co., and Healthplex, Inc.*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 27, 2026, a true and correct copy of the foregoing was filed using the CM/ECF system which will send a notice of electronic filing to all counsel or parties on the service list.

*/s/ Jeff Ostrow*
Jeff Ostrow