UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-61065-CIV-SINGHAL/STRAUSS

DONNA CROWE, *et al.*, individually and on
behalf of all others similarly situated,

      Plaintiffs,

vs.

MANAGED CARE OF NORTH AMERICA INC.,
d/b/a MCNA DENTAL, *et al.*,

      Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court upon the parties' joint Notice of Settlement and Joint Motion to Stay (the "Motion") (DE [418]). The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion (DE [418]) is **GRANTED**. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a motion to approve class action settlement under Federal Rule of Civil Procedure 23 by **May 29, 2026**. The Clerk of Court shall **CLOSE** this case for administrative purposes only. Any pending motions are **DENIED AS MOOT** and all deadlines and hearings are **CANCELLED**.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 27th day of March 2026.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF